Douglas M. Bomarito, OSB 76067
E-Mail: dmbomarito@dmbpc.com
Douglas M. Bomarito, PC
7157 SW Beveland St., Ste. 100
Tigard, OR 97223
Telephone: 503-223-8285
Facsimile: 503-223-6827
Attorney for Plaintiff

Jeffrey S. Eden, OSB #851903
E-Mail: jeden@schwabe.com
Schwabe Williamson & Wyatt
1211 SW 5th Ave. Ste. 1900
Portland, OR 97204
Telephone: 503-796-2928
Facsimile: 503-796-2900
Attorneys for Defendants

Frederick W. Bode, III #
(pro hac vice admission pending)
E-mail: rbode@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, PC
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Telephone: 412-392-5418
Facsimile: 412-392-5367
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESTATE OF RICHARD ALLEN MOORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND COMPANY, aka SEARS AND CO., a New York Corporation, and HUSQVARNA U.S. HOLDING, INC., fka HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS, INC.,<br><br>　　　　Defendants. | Civil No.: 3:10-CV-1078-AC<br><br>ORDER OF<br>VOLUNTARY DISMISSAL |

Page 1 ORDER OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41 and United States District Court
2  of Oregon LR 41-1, and the settlement reached by all parties and their attorneys. A
3  Settlement Agreement having been prepared by mediator Paul R. Duden on May 9,
4  2011, the terms and conditions of which are incorporated by reference as set forth
5  herein, it is hereby ORDERED:
6     1. The above captioned matter is DISMISSED with prejudice;
7     2. Each party shall pay their own attorneys fees and costs incurred herein.
8  Dated this 5th day of July, 2011.

                               US ~~District Court~~ Magistrate Judge

Page 2 ORDER OF VOLUNTARY DISMISSAL